```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/15/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

DASHAWN FREDERICK,

                                            Plaintiff,

        -against-

THE CITY OF NEW YORK, A MUNICIPAL ENTITY, NEW YORK CITY POLICE OFFICER JAMES THOMAS, NEW YORK CITY POLICE OFFICER KENNETH KILROY, NEW YORK CITY POLICE SERGEANT ANTHONY LAVINO,,

                                            Defendants.
------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

13 Civ. 3996 (ER)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Stecklow, Cohen, & Thompson
*Attorneys for Plaintiff*
10 Spring Street, 1st Floor
New York, New York 10012

By: _____
Samuel B. Cohen
*Attorney for Plaintiff*

Dated: New York, New York
           11\15 , 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Kilroy, Thomas and Lavino*
100 Church Street, Rm. 3-212
New York, New York 10007

By: _____
Ryan G. Shaffer
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

2